RECEIVED BY MAIL
MAR 03 2008
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Feb 28

Clerk of Courts

My name is Don Hornsey

Docket # 4:06CR00106 SNL

I was sentenced by Honorable Judge Stephen N. Limbaugh

I am requesting copies of the forms

1) Form AO-235
2) Form 792

I am also requesting Any Additional copies of Any Superseding information, including transcripts of my sentencing date, computation info, due To the fact that I am indigent.

Respectfully Submitted,

Don Hornsey #32975044

Don Hornsey # 32975044
United States Penitentiary
P.O. Box 1000
Marion, IL. 62959

RECEIVED BY MAIL
MAR 03 2008
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Clerk of Courts
111 S. 10th Street
St. Louis, MO. 63102